**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ANGELICA B. SMITH,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 4:22-CV-02472** |
| | § | |
| **VALOVLINE, LLC** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is the parties' Joint Motion for Continuance and Request for Extension of Deadlines. Having considered the Motion, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

It is therefore ORDERED that the following deadlines will be in effect:

| | |
|---|---|
| Close of Discovery: | **October 9, 2023** |
| Dispositive Motions: | **November 12, 2023** |
| Joint Pretrial Order: | **February 19, 2024** |

It is further ORDERED that the Docket Call is continued until March 1, 2024.

Signed this _____ day of _____, 2023.

_____
Alfred H. Bennett
United States District Judge