IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELICA B. SMITH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  4:22-CV-02472 |
| VALVOLINE, LLC, | § § § | |
| Defendant. | § § § | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3 and Section B(6) of Judge Bennett's Court Procedures and Practices, Plaintiff Angelica B. Smith and Defendant Valvoline, LLC  hereby provide notice to the Court that the parties have reached a settlement in principle in this matter.  Accordingly, the parties jointly request that the Court stay all Court proceedings and deadlines, including the upcoming trial that is set to begin on or after March 4, 2024.  The parties are in the process of drafting a settlement agreement and anticipate filing a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) within forty-five (45) days.

1

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully submitted, |
| By: */s/ Kevin M. Gross (with permission)* <br> Kevin M. Gross <br> Ohio Bar No. 0097343 <br> *Admitted pro hac vice* <br> kgross@zipkinwhiting.com <br> Lewis A. Zipkin <br> Ohio Bar No. 003068 <br> *Admitted pro hac vice* <br> lawsmatter2@gmail.com <br> ZIPKIN WHITING CO. LPA <br> 3637 South Green Road <br> Beachwood, OH  44122 <br> 216.514.6400 (Telephone) | By: */s/ Jeremy W. Hawpe* <br> Jeremy W. Hawpe (Attorney-in-Charge) <br> Texas Bar No. 24046041 <br> jhawpe@littler.com <br> Courtney E. Jackson (Of Counsel) <br> Texas Bar No. 24116560 <br> cejackson@littler.com <br> LITTLER MENDELSON, P.C. <br> 2001 Ross Avenue <br> Suite 1500, Lock Box 116 <br> Dallas, TX  75201-2931 <br> 214.880.8100 (Telephone) <br> 214.880.0181 (Facsimile) |
| **ATTORNEYS FOR PLAINTIFF ANGELICA B. SMITH** | **ATTORNEYS FOR DEFENDANT VALVOLINE, LLC** |

## CERTIFICATE OF SERVICE

On February 15, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Texas using the Electronic Case Filing system of the Court.  I hereby certify that I have served the following:

Lewis A. Zipkin
Kevin M. Gross
The Zipkin Whiting Bldg
3637 South Green Road
Beachwood, OH 44122
lawsmatter2@gmail.com
kgross@zipkinwhiting.com
*Pro Hac Vice Counsel for Plaintiff Angelica B. Smith*

*/s/ Jeremy W. Hawpe*
Jeremy W. Hawpe

2